Opinion issued December 20, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00815-CV






ANTHONY ARPINO AND ARPINO-FELLOWS VENTURES, LLC, 
Appellants


V.


STARLIFT SERVICES, INC. AND URETEK (USA), Appellees






On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 2005-50712






MEMORANDUM OPINION Appellants, Anthony Arpino and Arpino-Fellow Ventures, LLC, have neither
established indigence, nor paid all the required fees. See Tex. R. App. P. 5 (requiring
payment of fees in civil cases unless indigent), 20.1 (listing requirements for
establishing indigence); see also Tex. Gov't Code Ann. §§ 51.207, 51.941(a),
101.041 (Vernon 2005) (listing fees in court of appeals); Fees Civ. Cases B(1), (3)
(listing fees in court of appeals). After being notified that this appeal was subject to
dismissal, appellants did not adequately respond. See Tex. R. App. P. 5 (allowing
enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

 We dismiss the appeal for nonpayment of all required fees. We deny all
pending motions.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Keyes.